**STATEMENT OF FACTS**

On Wednesday, September 7, 2005, at about 4:40 p.m., sworn officers with the Metropolitan Police Department's Fourth District made contact with the defendant, Eddie Dubose, in the 5000 block of 7th Street, N.W., Washington, D.C. During this time, officers learned that the defendant had a knife in his possession and officers placed him under arrest. A search of the defendant revealed a set of keys to a car. Officers learned that the keys went to a car that the defendant had recently been seen getting out of, and the car had been used by a person who had sold drugs during a police undercover narcotics purchase a couple of days before. The car was located behind the defendant's mother's house, xxx Xxxxxxx Street, N.W. Officers took the car to the fourth district police station, where a police dog indicated it smelled drugs around the trunk and passenger side door of the car. Based on the dog's reaction police searched the car. Recovered from the car was a loaded Sig Sauer .40 caliber handgun, a green bag with 9 large pieces of plastic containing a green weed-like substance, 14 clear ziplocks containing a green weed-like substance, a piece of clear plastic containing a large white rock-like substance, a black digital scale. A portion of the white rock substance field tested positive for cocaine, and a portion of the green weed-like substance field tested positive for THC. The approximate weight of the suspected crack cocaine was 25.8 grams, which is an amount commonly indicating that the suspected crack cocaine was going to be sold to others rather than used exclusively by the defendant. While on the scene, police learned that the car belonged to the defendant. To the best of the undersigned officer's knowledge, there are no Sig Sauer .40 caliber handguns nor ammunition manufactured in the District of Columbia.

_____
OFFICER RAMEY KYLE
FOURTH DISTRICT, MPD


SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF SEPTEMBER, 2005.


_____
U.S. MAGISTRATE JUDGE